■ In the Matter of BUFFALO BROADCASTING Co., INC., Appellant, v COUNTY OF ERIE et al., Respondents. [612 NYS2d 1009] —

Judgment unanimously affirmed without costs for reasons stated in decision at Supreme Court, Howe, J. (Appeal from Judgment of Supreme Court, Erie County, Howe, J.—Article 78.) Present—Denman, P. J., Balio, Lawton, Doerr and Davis, JJ.